00418

Order issued September $\cancel{25}$ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00443-CV

## CLINT SIMON D/B/A SHERLOCK PEST, ET AL., Appellants

## V.

## TUDOR INSURANCE, ET AL., Appellees

## ORDER

The Court has before it appellee Tudor Insurance Company's September 20, 2012 agreed motion to extend time to file brief and appellee Norman Hines, III, d/b/a Hooper and Hines Insurance's September 20, 2012 motion for extension of time to file brief, which is unopposed. The Court **GRANTS** the motions and **ORDERS** appellees to file their briefs by October 24, 2012.

MOLLY FRANCIS
JUSTICE